UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 08-76-GWU

LONNIE CECIL,                                                                                              PLAINTIFF,

VS.                                                       **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                                        DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1) the Defendant's motion for summary judgment is GRANTED;

(2) the Plaintiff's motion for summary judgment is DENIED; and

(3) the administrative decision will accordingly be AFFIRMED by separate Judgment entered this same date.

This the 7th day of January, 2009.



Signed By:

*G. Wix Unthank*

**United States Senior Judge**