UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 08-76-GWU

LONNIE CECIL,                                                                PLAINTIFF,

VS.                               **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                    DEFENDANT.

* * * * * * * * * * * *

In compliance with Fed. R. Civ. P. 58, and pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)     the administrative decision is AFFIRMED; and

(2)     the above-styled action is STRICKEN from this Court's active docket.

This the 7th day of January, 2009.



Signed By:

G. Wix Unthank

**United States Senior Judge**